UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TERRY KOBYLCZAK,

        Plaintiff,

    v.

SARA LEE BAKERY GROUP,

        Defendant.

2:08-cv-01226-GEB-KJM

ORDER

Since Defendant's motion filed February 27, 2009, includes a motion to compel discovery, the motion is stricken.

IT IS SO ORDERED.

Dated: March 2, 2009

GARLAND E. BURRELL, JR.
United States District Judge