UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TERRY KOBYLCZAK,  )
                 )  2:08-cv-01226-GEB-KJM
     Plaintiff,  )
                 )  <u>ORDER</u>
     v.          )
                 )
SARA LEE BAKERY GROUP,  )
                        )
     Defendant.  )
_____)

     Defendant's motion filed March 3, 2009, contains discovery matters which shall be resolved as prescribed in Local Rule 72-302(c)(1) and the Status (Pretrial Scheduling) Order filed on September 8, 2008, before the matters are included in a motion filed for my decision. Therefore, the motion is stricken.

Dated: March 4, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

1