IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY KOBYLCZAK,

        Plaintiff,

    v.

SARA LEE BAKERY GROUP,

        Defendant.

02:08-cv-01226-GEB-KJM

ORDER

On April 10, 2009, the parties filed an impractical "Stipulation to Modify Status (Pre Trial Scheduling) Order [and a] Proposed Order" in which they seek to schedule law and motion on Labor Day, a Court holiday and to conduct discovery after the final pretrial conference. The parties argue "good cause" justifies approval of their stipulation. Although it is doubtful this standard has been satisfied, the scheduling order will be modified since the parties agree to have it modified and I am too busy to analyze the good cause issue. Therefore, the scheduling order is modified as follows:

(1) the expert disclosure date is August 10, 2009;

(2) the discovery completion date is January 8, 2010;

(3) the last hearing date for motions is March 8, 2010;

1

(4) the final pretrial conference is rescheduled to commence at 2:30 p.m. on May 10, 2010; and,

(5) trial is scheduled to commence at 9:00 a.m. on August 17, 2010.

Dated: April 22, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge